IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 1:25-cv-00296-MR-WCM

ELEAZAR MONTGOMERY, )
)
        Plaintiff(s), )
v. )
)
GOODLEAP, LLC, et al )
)
        Defendant(s). )

## DISCLOSURE BY NON-GOVERNMENTAL CORPORATE PARTY OR PROPOSED INTERVENOR OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

This disclosure must be filed on behalf of each nongovernmental corporate entity that is a party or proposed intervenor to the action. Counsel has a continuing duty to update this information. An executed form should be electronically filed. The disclosing party must serve this form on the other parties to this action.

__Equifax Information Services LLC__ who is __Defendant__
*(Name of Party)*                                         *(Plaintiff / Defendant/Movant/Intervenor)*
makes the following disclosure:

1. Is the party a publicly held corporation or other publicly-held entity?
   [X] Yes       [ ] No

2. Does the party have any parent corporations?
   [X] Yes       [ ] No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

   Equifax Inc.

3. Is 10% or more of the stock of a party owned by a publicly-held corporation or other publicly-held entity?
   [X] Yes       [ ] No

   If yes, identify all such owners:

   Equifax Inc. No other entity owns more than 10% of its stock.

4. Is there any other publicly-held corporation or other publicly-held entity that has a direct financial interest in the outcome of the litigation?
   ☐ Yes   ☒ No

   If yes, identify the entity and the nature of its interest:

5. Is the party a trade association?
   ☐ Yes   ☒ No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If the case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditors' committee:

   N/A

s/ Vincent Smolczynski  
Signature of Attorney

10/10/2025  
Date