IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| ELEAZAR MONTGOMERY,<br><br>Plaintiff,<br><br>v.<br><br>GOODLEAP, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No. 1:25-cv-00296-MR-WCM<br><br>**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Defendant Equifax Information Services LLC ("Equifax"), by its counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully requests an extension of time, through and including November 24, 2025, to respond to Plaintiff Eleazar Montgomery's Complaint, and in support thereof states:

1. Plaintiff's Complaint was filed in the United States District Court, Western District of North Carolina on August 29, 2025. (ECF No. 1).

2. Equifax was served with Plaintiff's complaint on September 19, 2025.

3. Pursuant to Rules 8 and 12 of the Federal Rules of Civil Procedure, Equifax must file its responsive pleading by October 10, 2025.

4. Equifax and its counsel require additional time to investigate and respond to the allegations and claims made by Plaintiff. Accordingly, Equifax respectfully requests an extension of the deadline to respond to Plaintiff's Complaint, up to and including November 24, 2025.

5. This motion is made in good faith, not for purposes of delay, and granting it will not prejudice any party. This extension of time will allow Equifax sufficient time to fully investigate the allegations and claims raised by Plaintiff's Complaint, confer with counsel regarding settlement, and, if necessary, prepare a response to the Complaint. This is Equifax's first request for an extension of time.

6. On September 25, 2025, Equifax's counsel conferred with Plaintiff's counsel regarding the basis for this request. Plaintiff's counsel had no objection and provided his assent to the requested extension.

WHEREFORE, Equifax respectfully requests that this Court grant its request for an extension of time to respond to Plaintiff's Complaint, up to and including November 24, 2025. A Proposed Order is submitted herewith.

DATED: October 10, 2025

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Vincent Smolczynski*
Vincent Smolczynski, N.C. Bar No. 59715
vsmolczynski@seyfarth.com
SEYFARTH SHAW LLP
300 S. Tryon Street, Suite 400
Charlotte, North Carolina 28202
Telephone: (704) 925-6060
Facsimile: (704) 946-6083

*Counsel for Defendant*
*Equifax Information Services LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2025, I presented the foregoing DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Vincent Smolczynski*
Vincent Smolczynski
*Counsel for Defendant*
*Equifax Information Services LLC*