IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF NORTH CAROLINA

ASHEVILLE DIVISION

| | |
|---|---|
| ELEAZAR MONTGOMERY,<br><br>Plaintiff,<br><br>v.<br><br>GOODLEAP, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC,<br><br>Defendants. | Case No. 1:25-cv-00296-MR-WCM<br><br>**[PROPOSED] ORDER** |

Having reviewed Defendant's Equifax Information Services LLC's Unopposed Motion for Extension ("Motion"), and good cause appearing, it is hereby **ORDERED AND ADJUDGED** that the Motion is granted, and this Defendant shall have up to and including November 24, 2025 to respond to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated this _____ day of _____, 2025.

_____
Honorable W. Carleton Metcalf
United States Magistrate Judge