UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:25-CV-296

| | |
|---|---|
| ELEAZAR MONTGOMERY<br><br>**Plaintiff**<br><br>v.<br><br>GOODLEAP, LLC., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC<br><br>**Defendant** | **NOTICE OF SETTLEMENT FOR ONLY DEFENDANT EQUIFAX INFORMATION SERVICES, LLC.** |

**NOW COME** Plaintiff, Eleazar Montgomery, and Defendant Equifax Information Services, LLC., and hereby inform the Court that they have reached agreements in principle to resolve this matter. Plaintiff and Defendants anticipate filing a Rule 41(a) stipulation of dismissal with prejudice within the next sixty (60) days.

**TODAY** is November 24, 2025.

                                  **WILLIAMS & PERRY**
By:   */s/ M. Shane Perry*
         M. Shane Perry
         NC Bar Number: 35498
         109 W. Statesville Ave.
         Mooresville, NC 28115
         Telephone: 704-663-4187
         Facsimile: 704-663-4178
         shane@williamsperry.com
         *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. 1:25-CV-296

| | |
|---|---|
| **ELEAZAR MONTGOMERY**<br><br>Plaintiff<br><br>v.<br><br>**GOODLEAP, LLC., EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANSUNION, LLC**<br><br>**Defendant** | **NOTICE OF SETTLEMENT FOR ONLY DEFENDANTS EQUIFAX INFORMATION SERVICES, LLC.** |

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system who sent via electronic mail notification of such filing to all counsel of record.

**TODAY** is November 24, 2025.

             **WILLIAMS & PERRY**
By:   */s/ M. Shane Perry*
        M. Shane Perry
        NC Bar Number: 35498
        109 W. Statesville Ave.
        Mooresville, NC 28115
        Telephone: 704-663-4187
        Facsimile: 704-663-4178
        shane@williamsperry.com
        *Attorney for Plaintiff*