IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| Eleazar Montgomery,<br><br>      Plaintiff,<br><br>  vs.<br><br>GoodLeap LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC; and Trans Union, LLC,<br><br>      Defendants. | No. 1:25-cv-00296-MR-WCM |

**Defendant GoodLeap, LLC's
Motion for Reconsideration**

Defendant GoodLeap, LLC ("GoodLeap") moves the Court under Fed. R. Civ. P. 52(b), 54(b), and 59(e) to reconsider its Order denying GoodLeap's Motion to Compel Arbitration. (Order, March 23, 2026, ECF No. 30). Reconsideration is appropriate because:

I. The Court committed clear error by denying GoodLeap's arbitration motion despite there being no disputed material facts.

II. The Court erred in refusing arbitration without allowing for limited discovery about the formation of an agreement to arbitrate or an evidentiary hearing.

III. The Court committed clear error by denying GoodLeap's arbitration motion without addressing its ratification or third-party enforcement arguments.

GoodLeap contemporaneously files its Brief in Support and **Exhibit 1**, Third Affidavit of Matt Dawson.

## Conclusion

For the reasons set forth above, GoodLeap respectfully requests that the Court reconsider its prior Order.

**Nelson Mullins Riley & Scarborough LLP**

By: */s/ Matthew A. Abee*
    Matthew A. Abee, N.C. Bar No. 46949
    E-Mail: matt.abee@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

    Chelsea K. Barnes, N.C. Bar No. 53378
    E-Mail: chelsea.barnes@nelsonmullins.com
    380 Knollwood Street, Suite 530
    Winston-Salem, North Carolina 27103
    (336) 774-3397

April 20, 2026      *Attorneys for GoodLeap, LLC*

## Rule 7.1 Certification

Undersigned counsel hereby certifies, under L. Civ. R. 7.1(b) (W.D.N.C.), that GoodLeap has in good faith conferred with counsel for Plaintiff before filing this Motion. Plaintiff opposes the motion.

## Artificial Intelligence Certification

No artificial intelligence was employed in doing the research for the preparation of this document, with the exception of such artificial intelligence embedded in the standard on-line legal research sources Westlaw, Lexis, FastCase, and Bloomberg; Every statement and every citation to an authority contained in this document has been checked by an attorney in this case and/or a paralegal working at his/her direction (or the party making the filing if acting pro se) as to the accuracy of the proposition for which it is offered, and the citation to authority provided.

## Certificate of Service

I certify that on the date set forth below, I electronically filed the foregoing with the Clerk of Court and all counsel of record using the CM/ECF system.

**[Signature on following page.]**

**Nelson Mullins Riley & Scarborough LLP**

By: */s/Matthew A. Abee*
    Matthew A. Abee, N.C. Bar No. 46949
    E-Mail: matt.abee@nelsonmullins.com
    1320 Main Street / 17th Floor
    Post Office Box 11070 (29211-1070)
    Columbia, SC  29201
    (803) 799-2000

    Chelsea K. Barnes, N.C. Bar No. 53378
    E-Mail: chelsea.barnes@nelsonmullins.com
    380 Knollwood Street, Suite 530
    Winston-Salem, North Carolina 27103
    (336) 774-3397

April 20, 2026        *Attorneys for GoodLeap, LLC*