# Exhibit 1

Third Declaration of Matt Dawson

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| Eleazar Montgomery,<br><br>Plaintiff,<br><br>vs.<br><br>GoodLeap LLC; Experian Information Solutions, Inc.; Equifax Information Services, LLC; and Trans Union, LLC,<br><br>Defendants. | No. 1:25-cv-00296-MR-WCM |

## Third Declaration of Matt Dawson

The undersigned, being duly sworn, states the following:

1. I am employed by GoodLeap, LLC f/k/a Loanpal, LLC ("GoodLeap") and am authorized to execute this declaration.

2. I am familiar with the books and records of GoodLeap pertaining to the account which is the subject matter of this action. GoodLeap's books and records are kept in the normal course of business and the entries made in those records are made at or near the time that the transactions reflected in those records occur.

3. I am a proper custodian of the records for GoodLeap and testify from my review of its business records.

060814.02315 Page 1 of 2

4.   As of today, GoodLeap has initiated an arbitration against Mona Chatelain, who executed the Loan Agreement that is the subject of this action.

5.   GoodLeap asserts claims for breach of contract, indemnification, equitable indemnification, and foreclosure.   In the alternative, GoodLeap has asserted statutory and common law claims as well.

6.   Under 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.   Executed on *APRIL 20TH, 2026*

_____

Matt Dawson
Chief Revenue Officer, GoodLeap, LLC